UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :    97cr1113 (DLC)
UNITED STATES OF AMERICA,              :
                                       :         ORDER
            -v-                        :
                                       :
CARMEN VELASQUEZ,                      :
                                       :
                        Defendant.     :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

   In 1999, Carmen Velasquez pleaded guilty to a crime in this Court. Velasquez has now requested expungement of that conviction. It is hereby

   ORDERED that Velasquez's request is denied. Federal law does not grant district courts the authority to expunge records of federal criminal convictions. Doe v. United States, 833 F.3d 192, 199 (2d Cir. 2016).

   Velasquez is hereby

   ADVISED that executive clemency may offer her the relief she seeks. Information on applying for executive clemency is available at https://www.justice.gov/pardon.

Dated:   New York, New York
         November 5, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge